IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS CONERY/MALIK,                                                            PLAINTIFF
ADC # 100469

v.                              CASE NO. 2:11CV00065 JLH-JJV

MOSES JACKSON, III, Capt., East Arkansas
Regional Unit, Arkansas Department of Correction;
LATHAN ESTER, Disciplinary Hearing Officer,
East Arkansas Regional Unit, Arkansas Department
of Correction; DANNY BURL, Warden, East
Arkansas Regional Unit, Arkansas Department of
Correction; and LARRY MAY, Chief Deputy
Director, Arkansas Department of Correction                                     DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss (Doc. No. 5). Plaintiff states he "would like to remove the lawsuit because I have not stated the proper necessities in filing the paperwork."

Accordingly, Plaintiff's Motion is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE