# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MARCUS CONERY/MALIK,                                                                                PLAINTIFF
ADC # 100469

v.                                       CASE NO. 2:11CV00065 JLH-JJV

MOSES JACKSON, III, Capt., East Arkansas
Regional Unit, Arkansas Department of Correction;
LATHAN ESTER, Disciplinary Hearing Officer,
East Arkansas Regional Unit, Arkansas Department
of Correction; DANNY BURL, Warden, East
Arkansas Regional Unit, Arkansas Department of
Correction; and LARRY MAY, Chief Deputy
Director, Arkansas Department of Correction                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE